UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 5:25-cr-00091-GFVT-MAS |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN C. WILKERSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 20.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 3. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Wilkerson knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. This Court is also satisfied that Defendant Wilkerson knowingly and competently stipulated to the forfeiture allegation of the Indictment and consented to the forfeiture of the specific properly listed in the forfeiture allegation of the Indictment.

Following his rearraignment, but prior to the filing of this Order, Defendant Wilkerson separately filed a Motion for Psychiatric or Psychological Examination, pursuant to 18 U.S.C. § 3552(c). [R. 21.] In that Motion, the Defendant avers that he seeks the examination "to assist the Court in its sentencing determination," and "to evaluate [his] current mental health, cognitive

functioning, and capacity for rehabilitation." *Id*. at 2.  This Motion does not impact the Recommendation to Accept Guilty Plea filed by Judge Stinnett, nor does the Defendant claim that it does.  Rather, Defendant Wilkerson seeks the examination in order to prepare for his sentencing.  Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 20]** is **ADOPTED** as and for the Opinion of the Court; and

2. Defendant Jonathan C. Wilkerson is **ADJUDGED** guilty of the sole Count of the Indictment;

3. The Defendant's Jury Trial is **CANCELLED**;

4. A Sentencing Order **SHALL** be entered promptly.

This the 4th day of November, 2025.

Gregory F. Van Tatenhove
United States District Judge